UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-60309-BLOOM/Valle

**JULIUS SEILER**,

    Plaintiff,

v.

**ESPLANADE MEDICAL CENTER, LTD.**, *et al.*,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice, ECF No. [16] ("Stipulation"), filed on March 29, 2016. The Court has carefully reviewed the Stipulation, the record, and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [16]**, is **GRANTED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**; and
3. Each party shall bear its own attorneys' fees and costs.

**DONE AND ORDERED** in Miami, Florida, this 29th day of March, 2016.

                                                  **BETH BLOOM**
                                                  **UNITED STATES DISTRICT JUDGE**

CC: Counsel of Record